IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re: BRIAN KELLY HAYNES,                                    OPINION and ORDER

                      Plaintiff,                                      13-cv-479-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Brian Kelly Haynes has filed a virtually unintelligible document he titles "Affidavit of Fact/Truth," larded with discussion of various "sovereign citizen" theories as well as a Wisconsin state child support case concerning his child.  He does not sign the document himself, instead filing a second document he titles "Letter of Consent," in which he states that he consents to having Jessica Nicole Perry file all legal documents on his behalf.  However, she does not state that she is a lawyer.

There are several problems with this filing.  First, as a non-lawyer, Perry may not represent plaintiff in the federal courts, Navin v. Park Ridge School District 64, 270 F.3d 1147, 1149 (7th Cir. 2001), and thus cannot file documents on plaintiff's behalf.

Even if the document were properly signed, it is unclear why plaintiff has filed it.  He does not name any party as defendant, and his filing is quite difficult to understand.  To the extent that he may disagree with the judgment or contempt orders filed in the state court case, this court cannot review that decision; the Wisconsin Court of Appeals is the proper place for an appeal of the decisions in that case.  To the extent that he is attempting to assert sovereign citizen theories regarding either himself or his child, such claims have been rejected

1

repeatedly by the courts.  E.g., United States v. Hilgeford, 7 F.3d 1340, 1342 (7th Cir.

1993) (argument that individual is sovereign citizen of state who is not subject to

jurisdiction of United States and not subject to federal taxing authority is "shopworn" and

frivolous).

Because there is no reason to believe that plaintiff has stated any claims that can be

heard in this court, IT IS ORDERED that this case is DISMISSED.  The clerk of court is

directed to close the file.

Entered this 23d day of August, 2013.

<div style="margin-left: 40%;">

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

</div>